**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  11

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Gata III, LLC |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 82-5391930 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 1463 Graystone Canyon Ave.<br>Las Vegas, NV 89183 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Clark | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | Gata III, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5311__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

Debtor    Gata III, LLC
      Name

Case number (*if known*) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| Debtor | Gata III, LLC | Case number (*if known*) | |
|--------|---------------|--------------------------|--|
| | Name | | |

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion

☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion

☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    Gata III, LLC                                          Case number (*if known*) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    02/15/2021
               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
               MM / DD / YYYY

X _____          Paul Thomas
Signature of authorized representative of debtor    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                    Printed name

Title   Sole Manager
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

**18. Signature of attorney**

X _____          Date   2/15/21
Signature of attorney for debtor                   ‾‾‾‾‾‾‾‾‾‾‾‾‾
                                                   MM / DD / YYYY

Zachariah Larson 7787   Matthew C. Zirzow #7222
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Printed name

Larson & Zirzow, LLC
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Firm name

850 E. Bonneville Ave.
Las Vegas, NV 89101
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Number, Street, City, State & ZIP Code

Contact phone   702-382-1170        Email address   mzirzow
                                                    zlarson@lzlawnv.com

7222
7787 NV
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Bar number and State

---

**ACTION BY WRITTEN CONSENT OF THE SOLE MEMBER
OF GATA III, a Nevada limited liability company**

The undersigned, being the sole member of **Gata III, LLC** a Nevada limited liability company (the "Company"), hereby approves and adopts the following resolutions effective as of February 11, 2021:

WHEREAS, the Company, having determined that in its judgment, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under the chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

BE IT THEREFORE RESOLVED, the Company shall file a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court") and take all steps necessary thereto, and the Company is authorized to employ the law firm of Larson & Zirzow, LLC to represent it in the bankruptcy proceeding.

BE IT FURTHER RESOLVED, that Paul D. Thomas, as the sole member of the Company (the "Authorized Person") shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a petition and any amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed with the Bankruptcy Court as soon as she shall determine, and take all other reasonable steps to finalize such bankruptcy filing and case;

BE IT FURTHER RESOLVED, that the Authorized Person shall be designated as the responsible person in the Company's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case;

BE IT FURTHER RESOLVED that any and all past actions heretofore taken by the Authorized Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved; and

IN WITNESS WHEREOF, the undersigned, constituting all of the Directors of the Company, by execution hereof, hereby approve the foregoing.

GATA III LLC

By: _____
     PAUL THOMAS
Its: Sole Manager

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Gata III, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   2/15/21          X _____
                                  Signature of individual signing on behalf of debtor

                                  Paul Thomas
                                  Printed name

                                  Sole Manager
                                  Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Gata III, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF NEVADA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Joseph Casper 942 Villa Grande Way Boulder City, NV 89005 | | Loan for Cassia Way Property | | | | $480,000.00 |
| Edlin Kim c/o Compass Point Holdings, LLC 4525 Dean Martin Dr., Unit 1208 Las Vegas, NV 89103 | | Loan for Stephanie Property | | | | $350,000.00 |
| Edlin Kim c/o Compass Point Holdings, LLC 4525 Dean Martin Dr., Unit 1208 Las Vegas, NV 89103 | | Loan for Cassia Way Property | | | | $105,627.00 |
| Galleria Corporate Centre Maintenance District c/o Avision Young, Attn: Linda Castle 10845 Giffith Peak Drive, Ste. 100 Las Vegas, NV 89135 | | 375 North Stephanie Street, #3, Henderson Nevada 89014 | Disputed | $43,105.00 | $1,200,000.00 | $43,105.00 |
| Guardant Investments, Inc. Attn: Laura Perry 5952 Mabel Road, Ste. 120 Las Vegas, NV 89110 | | Services | | | | $36,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Gata III, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Charles Howard, Trustee of the Howard Family Trust, as Rep. of Beneficiaries c/o NV Capital Corporation, LLC 8880 W. Sunst Rd., Ste. 190 Las Vegas, NV 89148 | | 375 North Stephanie Street, #3, Henderson Nevada 89014 | Disputed | $1,222,000.00 | $1,200,000.00 | $22,000.00 |
| Shelley Wilde 265 Tuscany Ridge Heights NW Calgary AB Canada T3L 3B8 | | Accounting services | | | | $15,815.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## United States Bankruptcy Court
### District of Nevada

In re   Gata III, LLC                                  Case No. _____

                             Debtor(s)              Chapter     11

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   2/15/21                                                   

                                           Paul Thomas/Sole Manager
                                           Signer/Title

Gata III, LLC
1463 Graystone Canyon Ave.
Las Vegas, NV 89183

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Black Mountain HOA
c/o Priority One Commercial
4015 S. El Capitan Way, Ste. 888
Las Vegas, NV 89147

Charles Howard, Trustee of the Ho
Family Trust, as Rep. of Beneficiarie
c/o NV Capital Corporation, LLC
8880 W. Sunst Rd., Ste. 190
Las Vegas, NV 89148

Edlin Kim
c/o Compass Point Holdings, LLC
4525 Dean Martin Dr., Unit 1208
Las Vegas, NV 89103

Galleria Corporate Centre
Maintenance District
c/o Avision Young, Attn: Linda Castle
10845 Giffith Peak Drive, Ste. 100
Las Vegas, NV 89135

Gata Holdings, LLC
1463 Graystone Canyon
Las Vegas, NV 89183

Guardant Investments, Inc.
Attn: Laura Perry
5952 Mabel Road, Ste. 120
Las Vegas, NV 89110

Joseph Casper
942 Villa Grande Way
Boulder City, NV 89005

Paul Thomas
c/o Gata III, LLC
1463 Graystone Canyone Ave.
Las Vegas, NV 89183

Shelley Wilde
265 Tuscany Ridge Heights NW
Calgary AB Canada   T3L 3B8

Business Support Team, Inc.
c/o Legal Inc. Corp. Services Inc.
As Resident Agent
5830 E. 2nd Street, Ste. 8
Casper, WY 82609

Business Support Team, Inc.
Attn: Robert Franklin, Manager
1936 Straight St.
Los Angeles, CA 90101

Charles Howard
Trustee of the Howard Family Trust
c/o NV Capital Corporation, as Servicer
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

First Savings Bank Custodian for
John R. Blackmon, IRA
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Gay Lee Weinberg Living Trust
Gaylee Weinberg, Trustee
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Irmo and Darlene Marini
Husband and Wife as Joint Tenants
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

John Robert Evans
and Kelli Ann Evens
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

M. N. Nagy Separate Property Tru
Mohammad Nafees Nagy Trustee
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Mark Bergantz
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

NV Capital Corporation, LLC
Attn: John R. Blackmon, Manager
8880 W. Sunset Rd., St. 190
Las Vegas, NV 89148

NV Capital Corporation, LLC
Attn: John R. Blackmon, Resident A
8880 W. Sunset Rd., St. 190
Las Vegas, NV 89148

Rick Steven and
Leticia Lopez
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Sheela Murthy, Trustee of the
Sheela Murthy Revocable Trust
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Starlight Funding LLC
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Starlight Funding LLC
Attn: Carol A. Theisen, Manager
10641 M. Skyline Drive
Fountain Hills, AZ 85268

Starlight Funding, LLC
c/o Sternfels & White PLLC
as Resident Agent
16803 E. Palisades Blvd.
Fountain Hills, AZ 85268

**Cassia Way**
**Balance Sheet As at 12/31/2020**

**ASSET**

| | | |
|---|---:|---:|
| **Capital Assets** | | |
| Building | 1,420,000.00 | |
| Net - Building | | 1,420,000.00 |
| **Total Capital Assets** | | 1,420,000.00 |
| | | |
| **TOTAL ASSET** | | 1,420,000.00 |

**LIABILITY**

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | | 193,910.24 |
| Mortgage Payable | | 1,286,000.00 |
| **Total Current Liabilities** | | 1,479,910.24 |
| | | |
| **Long Term Liabilities** | | |
| Capital Contributions - PT | 537,625.59 | |
| Capital Contributions - JC | 480,000.00 | |
| Capital Contributions - E&C | 105,627.00 | |
| Capital Contributions | | 1,123,252.59 |
| **Total Long Term Liabilities** | | 1,123,252.59 |
| | | |
| **TOTAL LIABILITY** | | 2,603,162.83 |

**EQUITY**

| | | |
|---|---:|---:|
| **Retained Earnings** | | |
| Retained Earnings - Previous Year | | -788,891.09 |
| Current Earnings | | -394,271.74 |
| **Total Retained Earnings** | | -1,183,162.83 |
| | | |
| **TOTAL EQUITY** | | -1,183,162.83 |
| | | |
| **LIABILITIES AND EQUITY** | | 1,420,000.00 |

**Printed On: 02/09/2021**

Page 1

**Cassia Way**
**Income Statement 01/01/2020 to 12/31/2020**

REVENUE

| | |
|---|---:|
| **TOTAL REVENUE** | 0.00 |

EXPENSE

**General & Administrative Expenses**

| | |
|---|---:|
| Accounting & Legal Fees | 101,469.60 |
| Business Fees & Licenses | 4,466.89 |
| HOA Dues | 6,204.50 |
| Insurance | 5,031.96 |
| Mortgage Interest | 169,854.64 |
| Subcontractors | 76,491.00 |
| Property Taxes | 2,881.38 |
| Motor Vehicle Expenses | 22,251.00 |
| Repair & Maintenance | 498.00 |
| Security | 616.12 |
| Telephone & Internet | 2,042.00 |
| Utilities | 2,464.65 |
| **Total General & Admin. Expenses** | 394,271.74 |
| | |
| **TOTAL EXPENSE** | 394,271.74 |
| | |
| **NET INCOME** | -394,271.74 |

Page 1

**Cassia Way**
**Balance Sheet As at 12/31/2019**

**ASSET**

| | | |
|---|---|---|
| **Current Assets** | | |
| Prepaid Mortgage Interest | 55,726.64 | |
| Prepaid Property Tax | 1,070.40 | |
| Prepaid Insurance | 2,710.64 | |
| Prepaid Expenses | | 59,507.68 |
| **Total Current Assets** | | 59,507.68 |
| | | |
| **Capital Assets** | | |
| Building | 1,420,000.00 | |
| Net - Building | | 1,420,000.00 |
| **Total Capital Assets** | | 1,420,000.00 |
| | | |
| **TOTAL ASSET** | | 1,479,507.68 |

**LIABILITY**

| | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable | | 52,015.00 |
| Mortgage Payable | | 1,286,000.00 |
| **Total Current Liabilities** | | 1,338,015.00 |
| | | |
| **Long Term Liabilities** | | |
| Capital Contributions - PT | 344,756.77 | |
| Capital Contributions - JC | 480,000.00 | |
| Capital Contributions - E&C | 105,627.00 | |
| Capital Contributions | | 930,383.77 |
| **Total Long Term Liabilities** | | 930,383.77 |
| | | |
| **TOTAL LIABILITY** | | 2,268,398.77 |

**EQUITY**

| | | |
|---|---|---|
| **Retained Earnings** | | |
| Retained Earnings - Previous Year | | -369,551.43 |
| Current Earnings | | -419,339.66 |
| **Total Retained Earnings** | | -788,891.09 |
| | | |
| **TOTAL EQUITY** | | -788,891.09 |
| | | |
| **LIABILITIES AND EQUITY** | | 1,479,507.68 |

**Printed On: 02/09/2021**

Page 1

**Cassia Way**
**Income Statement 01/01/2019 to 12/31/2019**

REVENUE

TOTAL REVENUE                                    0.00

EXPENSE

   General & Administrative Expenses
      Accounting & Legal Fees              47,913.00
      Business Fees & Licenses                525.00
      Lender Fees                         75,375.54
      HOA Dues                             4,806.98
      Insurance                           16,691.05
      Mortgage Interest                  191,733.35
      Subcontractors                      53,114.00
      Permits                              2,560.00
      Property Taxes                       7,981.18
      Motor Vehicle Expenses               8,550.00
      Rent                                 2,500.00
      Repair & Maintenance                   600.00
      Security                               608.45
      Telephone & Internet                 2,980.91
      Utilities                            3,400.20
   Total General & Admin. Expenses        419,339.66

TOTAL EXPENSE                             419,339.66

NET INCOME                               -419,339.66

Printed On: 02/09/2021

**Cassia Way**
**General Ledger Report 01/01/2020 to 12/31/2020**
**Sorted by: Date**

| Date | Comment | Source # | JE# | Debits | Credits | Balance |
|------|---------|----------|-----|--------|---------|---------|
| **2100** | **Accounts Payable** | | | | | 52,015.00 Cr |
| 06/01/2020 | Mortgage | MtgPyt | J85 | - | 14,266.00 | 66,281.00 Cr |
| 07/01/2020 | Mortgage | MtgPyt | J87 | - | 14,266.00 | 80,547.00 Cr |
| 08/01/2020 | Mortgage | MtgPyt | J89 | - | 14,266.00 | 94,813.00 Cr |
| 09/01/2020 | Mortgage | MtgPyt | J91 | - | 14,266.00 | 109,079.00 Cr |
| 10/01/2020 | Mortgage | MtgPyt | J92 | - | 14,266.00 | 123,345.00 Cr |
| 11/01/2020 | Mortgage | MtgPyt | J93 | - | 14,266.00 | 137,611.00 Cr |
| 12/01/2020 | Mortgage | MtgPyt | J94 | - | 14,266.00 | 151,877.00 Cr |
| 12/31/2020 | Black Mountain Point Assoc. : HOA ... | 2020HOA | J117 | - | 5,833.24 | 157,710.24 Cr |
| 12/31/2020 | Guardant Investments | 2020Fees | J118 | - | 36,200.00 | 193,910.24 Cr |
| | | | | - | 141,895.24 | |

**Cassia Way**
**General Ledger Report 01/01/2019 to 12/31/2019**
**Sorted by: Date**

| Date | Comment | Source # | JE# | Debits | Credits | Balance | |
|------|---------|----------|-----|--------|---------|---------|---|
| **2100** | **Accounts Payable** | | | | | - | Cr |
| 10/31/2019 | Shelley Wilde | AcctFees | J88 | - | 15,815.00 | 15,815.00 | Cr |
| 12/31/2019 | Guardant Investments | 2019Fees | J110 | - | 36,200.00 | 52,015.00 | Cr |
| | | | | - | 52,015.00 | | |

**Stephanie**
**Balance Sheet As at 12/31/2020**

**ASSET**

| | | |
|---|---|---|
| **Capital Assets** | | |
| Building | 1,200,000.00 | |
| Net - Building | | 1,200,000.00 |
| **Total Capital Assets** | | 1,200,000.00 |
| | | |
| **TOTAL ASSET** | | 1,200,000.00 |

**LIABILITY**

| | | |
|---|---|---|
| **Current Liabilities** | | |
| Accounts Payable | | 124,249.59 |
| Mortgage Payable | | 1,222,000.00 |
| **Total Current Liabilities** | | 1,346,249.59 |
| | | |
| **Long Term Liabilities** | | |
| Loan from Member - PT | 50,004.05 | |
| Loan from Member - E&C | 350,000.00 | |
| Loans from Members | | 400,004.05 |
| **Total Long Term Liabilities** | | 400,004.05 |
| | | |
| **TOTAL LIABILITY** | | 1,746,253.64 |

**EQUITY**

| | | |
|---|---|---|
| **Retained Earnings** | | |
| Retained Earnings - Previous Year | | -317,810.77 |
| Current Earnings | | -228,442.87 |
| **Total Retained Earnings** | | -546,253.64 |
| | | |
| **TOTAL EQUITY** | | -546,253.64 |
| | | |
| **LIABILITIES AND EQUITY** | | 1,200,000.00 |

**Stephanie**
**Income Statement 01/01/2020 to 12/31/2020**

**REVENUE**

| | |
|---|---:|
| **Sales Revenue** | |
| Rent Revenue | 51,408.00 |
| **Net Sales** | 51,408.00 |
| | |
| **TOTAL REVENUE** | 51,408.00 |

**EXPENSE**

| | |
|---|---:|
| **General & Administrative Expenses** | |
| Accounting & Legal | 62,969.60 |
| Business Fees & Licenses | 3,275.00 |
| HOA Dues | 24,441.53 |
| Insurance | 5,727.66 |
| Mortgage Interest | 162,390.20 |
| Subcontractors | 5,196.00 |
| Property Taxes | 9,450.88 |
| Repair & Maintenance | 6,400.00 |
| **Total General & Admin. Expenses** | 279,850.87 |
| | |
| **TOTAL EXPENSE** | 279,850.87 |
| | |
| **NET INCOME** | -228,442.87 |

**Printed On: 02/09/2021**

Page 1

**Stephanie**
**Balance Sheet As at 12/31/2019**

**ASSET**

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Prepaid Mortgage | 52,953.36 | |
| Prepaid Property Tax | 2,538.61 | |
| Prepaid Insurance | 3,407.00 | |
| Prepaid Expenses | | 58,898.97 |
| **Total Current Assets** | | 58,898.97 |
| | | |
| **Capital Assets** | | |
| Building | 1,200,000.00 | |
| Net - Building | | 1,200,000.00 |
| **Total Capital Assets** | | 1,200,000.00 |
| | | |
| **TOTAL ASSET** | | 1,258,898.97 |

**LIABILITY**

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Accounts Payable | | 4,050.79 |
| Mortgage Payable | | 1,222,000.00 |
| **Total Current Liabilities** | | 1,226,050.79 |
| | | |
| **Long Term Liabilities** | | |
| Loan from Member - PT | 658.95 | |
| Loan from Member - E&C | 350,000.00 | |
| Loans from Members | | 350,658.95 |
| **Total Long Term Liabilities** | | 350,658.95 |
| | | |
| **TOTAL LIABILITY** | | 1,576,709.74 |

**EQUITY**

| | | |
|---|---:|---:|
| **Retained Earnings** | | |
| Retained Earnings - Previous Year | | -87,160.66 |
| Current Earnings | | -230,650.11 |
| **Total Retained Earnings** | | -317,810.77 |
| | | |
| **TOTAL EQUITY** | | -317,810.77 |
| | | |
| **LIABILITIES AND EQUITY** | | 1,258,898.97 |

**Printed On: 02/09/2021**

**Stephanie**
**Income Statement 01/01/2019 to 12/31/2019**

**REVENUE**

| | |
|---|---|
| **Sales Revenue** | |
| Rent Revenue | 97,212.00 |
| **Net Sales** | 97,212.00 |
| | |
| **TOTAL REVENUE** | 97,212.00 |

**EXPENSE**

| | |
|---|---|
| **General & Administrative Expenses** | |
| Accounting & Legal | 27,500.00 |
| Lender Fees | 56,970.74 |
| HOA Dues | 14,402.79 |
| Insurance | 11,640.69 |
| Mortgage Interest | 192,511.96 |
| Subcontractors | 1,299.00 |
| Property Taxes | 21,736.93 |
| Repair & Maintenance | 1,800.00 |
| **Total General & Admin. Expenses** | 327,862.11 |
| | |
| **TOTAL EXPENSE** | 327,862.11 |
| | |
| **NET INCOME** | -230,650.11 |

Printed On: 02/09/2021

Page 1

**Stephanie**
**General Ledger Report 01/01/2020 to 12/31/2020**
**Sorted by: Transaction Number**

| Date | Comment | Source # | JE# | Debits | Credits | Balance |
|------|---------|----------|-----|--------|---------|---------|
| **2100** | **Accounts Payable** | | | | | 4,050.79 Cr |
| 06/01/2020 | Mortgage Payment | MtgPyt | J74 | - | 13,679.61 | 17,730.40 Cr |
| 07/01/2020 | Mortgage Payment | MtgPyt | J76 | - | 13,679.61 | 31,410.01 Cr |
| 08/01/2020 | Mortgage Payment | MtgPyt | J78 | - | 13,679.61 | 45,089.62 Cr |
| 09/01/2020 | Mortgage Payment | MtgPyt | J80 | - | 13,679.61 | 58,769.23 Cr |
| 10/01/2020 | Mortgage Payment | MtgPyt | J82 | - | 13,679.61 | 72,448.84 Cr |
| 11/01/2020 | Mortgage Payment | MtgPyt | J83 | - | 13,679.61 | 86,128.45 Cr |
| 12/01/2020 | Mortgage Payment | MtgPyt | J84 | - | 13,679.61 | 99,808.06 Cr |
| 12/31/2020 | Galleria Fees : 2020 HOA... | 2020HOA | J114 | - | 24,441.53 | 124,249.59 Cr |
| | | | | - | 120,198.80 | |

Page 1

**Stephanie**
**General Ledger Report 01/01/2019 to 12/31/2019**
**Sorted by: Transaction Number**

| Date | Comment | Source # | JE# | Debits | Credits | Balance |
|------|---------|----------|-----|--------|---------|---------|
| **2100** | **Accounts Payable** | | | | , | - Cr |
| 12/31/2019 | Galleria Fees : 2019 HOA... | 2019HOA | J79 | - | 4,050.79 | 4,050.79 Cr |

**Printed On: 02/09/2021**