United States Bankruptcy Court
District of Nevada

In re:                                                                                                   Case No. 21-10690-nmc
GATA III, LLC                                                                    Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                                    User: carruthnp                                   Page 1 of 2
Date Rcvd: Feb 16, 2021                                Form ID: 309F2                               Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol    Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#       Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GATA III, LLC, 1463 GRAYSTONE CANYON AVE., LAS VEGAS, NV 89183-6306 |
| 11404819 | + | BLACK MOUNTAIN HOA, C/O PRIORITY ONE COMMERCIAL, 4015 S. EL CAPITAN WAY, STE. 888, LAS VEGAS, NV 89147-3461 |
| 11404828 | + | BUSINESS SUPPORT TEAM, INC., C/O LEGAL INC. CORP. SERVICES INC., AS RESIDENT AGENT, 5830 E. 2ND STREET, STE. 8, CASPER, WY 82609-4308 |
| 11404829 | | BUSINESS SUPPORT TEAM, INC., ATTN: ROBERT FRANKLIN, MANAGER, 1936 STRAIGHT ST., LOS ANGELES, CA 90101 |
| 11404830 | + | CHARLES HOWARD, TRUSTEE OF THE HOWARD FAMILY TRUST, C/O NV CAPITAL CORPORATION, AS SERVICER, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404820 | + | CHARLES HOWARD, TRUSTEE OF THE HOWARD, FAMILY TRUST, AS REP. OF BENEFICIARIES, C/O NV CAPITAL CORPORATION, LLC, 8880 W. SUNST RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404815 | + | CLARK COUNTY ASSESSOR, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, BOX 551401, LAS VEGAS, NV 89155-4502 |
| 11404814 | + | CLARK COUNTY TREASURER, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, P.O. BOX 551220, LAS VEGAS, NV 89155-1220 |
| 11404816 | + | DEPT. OF EMPL, TRAINING & REHAB, EMPLOYMENT SECURITY DIVISION, 500 EAST THIRD STREET, CARSON CITY, NV 89713-0002 |
| 11404821 | #+ | EDLIN KIM, C/O COMPASS POINT HOLDINGS, LLC, 4525 DEAN MARTIN DR., UNIT 1208, LAS VEGAS, NV 89103-8112 |
| 11404831 | + | FIRST SAVINGS BANK CUSTODIAN FOR, JOHN R. BLACKMON, IRA, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404822 | + | GALLERIA CORPORATE CENTRE, MAINTENANCE DISTRICT, C/O AVISION YOUNG, ATTN: LINDA CASTLE, 10845 GIFFITH PEAK DRIVE, STE. 100, LAS VEGAS, NV 89135-1555 |
| 11404823 | + | GATA HOLDINGS, LLC, 1463 GRAYSTONE CANYON, LAS VEGAS, NV 89183-6306 |
| 11404832 | + | GAY LEE WEINBERG LIVING TRUST, GAYLEE WEINBERG, TRUSTEE, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404824 | + | GUARDANT INVESTMENTS, INC., ATTN: LAURA PERRY, 5952 MABEL ROAD, STE. 120, LAS VEGAS, NV 89110-5026 |
| 11404833 | + | IRMO AND DARLENE MARINI, HUSBAND AND WIFE AS JOINT TENANTS, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404834 | + | JOHN ROBERT EVANS, AND KELLI ANN EVENS, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404825 | + | JOSEPH CASPER, 942 VILLA GRANDE WAY, BOULDER CITY, NV 89005-1264 |
| 11404835 | + | M. N. NAGY SEPARATE PROPERTY TRUST, MOHAMMAD NAFEES NAGY TRUSTEE, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404836 | + | MARK BERGANTZ, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404838 | + | NV CAPITAL CORPORATION, LLC, ATTN: JOHN R. BLACKMON, RESIDENT AGENT, 8880 W. SUNSET RD., ST. 190, LAS VEGAS, NV 89148-5005 |
| 11404837 | + | NV CAPITAL CORPORATION, LLC, ATTN: JOHN R. BLACKMON, MANAGER, 8880 W. SUNSET RD., ST. 190, LAS VEGAS, NV 89148-5005 |
| 11404826 | + | PAUL THOMAS, C/O GATA III, LLC, 1463 GRAYSTONE CANYONE AVE., LAS VEGAS, NV 89183-6306 |
| 11404839 | + | RICK STEVEN AND, LETICIA LOPEZ, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404840 | + | SHEELA MURTHY, TRUSTEE OF THE, SHEELA MURTHY REVOCABLE TRUST, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404827 | | SHELLEY WILDE, 265 TUSCANY RIDGE HEIGHTS NW, CALGARY AB CANADA T3L 3B8 |
| 11404842 | | STARLIGHT FUNDING LLC, ATTN: CAROL A. THEISEN, MANAGER, 10641 M. SKYLINE DRIVE, FOUNTAIN HILLS, AZ 85268 |
| 11404841 | + | STARLIGHT FUNDING LLC, C/O NV CAPITAL CORPORATION, 8880 W. SUNSET RD., STE. 190, LAS VEGAS, NV 89148-5005 |
| 11404843 | + | STARLIGHT FUNDING, LLC, C/O STERNFELS & WHITE PLLC, AS RESIDENT AGENT, 16803 E. PALISADES BLVD., FOUNTAIN HILLS, AZ 85268-4193 |

TOTAL: 29

| District/off: 0978-2 | User: carruthnp | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 16, 2021 | Form ID: 309F2 | Total Noticed: 34 |

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mzirzow@lzlawnv.com | Feb 17 2021 05:35:00 | MATTHEW C. ZIRZOW, LARSON & ZIRZOW, LLC, 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101 |
| ust | + Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Feb 17 2021 05:36:00 | U.S. TRUSTEE - LV - 11, 300 LAS VEGAS BOULEVARD S., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 11404813 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2021 05:36:00 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 11404817 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Feb 17 2021 05:37:00 | NEVADA DEPT. OF TAXATION, BANKRUPTCY SECTION, 555 E. WASHINGTON AVENUE #1300, LAS VEGAS, NV 89101-1046 |
| 11404818 | Email/Text: sanfrancisco.bnc@ssa.gov | Feb 17 2021 05:37:00 | SOCIAL SECURITY ADMINISTRATION, ATTN: BANKRUPTCY DESK/MANAGING AGENT, PO BOX 33021, BALTIMORE, MD 21290-3021 |

TOTAL: 5

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 11404812 | *+ | GATA III, LLC, 1463 GRAYSTONE CANYON AVE., LAS VEGAS, NV 89183-6306 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW C. ZIRZOW | on behalf of Debtor GATA III  LLC mzirzow@lzlawnv.com, carey@lzlawnv.com;trish@lzlawnv.com;allison@lzlawnv.com;zirzow.matthewc.r99681@notify.bestcase.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |

TOTAL: 2

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | **GATA III, LLC**<br>Name | EIN | **82–5391930** |
| United States Bankruptcy Court **District of Nevada**<br>Case number:  **21–10690–nmc** | | Date case filed for chapter  **11**  **2/15/21** | |

Official Form 309F2 (For Corporations or Partnerships under Subchapter V)

# Notice of Chapter 11 Bankruptcy Case                                                                 10/20

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 12 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | GATA III, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1463 GRAYSTONE CANYON AVE.<br>LAS VEGAS, NV 89183 | |
| 4. | **Debtor's attorney**<br>Name and address | MATTHEW C. ZIRZOW<br>LARSON & ZIRZOW, LLC<br>850 E. BONNEVILLE AVE.<br>LAS VEGAS, NV 89101 | Contact phone: (702) 382–1170<br><br>Email: mzirzow@lzlawnv.com |
| 5. | **Bankruptcy trustee**<br>Name and address | To be assigned by U.S. Trustee's Office | Contact phone  To be assigned<br>Email:  To be assigned |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br>Contact phone: (702) 527–7000<br>Date: 2/16/21 |

**For more information, see page 2 >**

Debtor  GATA III, LLC                                                                                                       Case number  21–10690–nmc

| | | | |
|---|---|---|---|
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | **March 25, 2021 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Call–in Number: 877–920–8646,<br>Passcode: 7968994** |
| 8. | **Proof of claim deadline** | **Deadline for filing proof of claim:**       **4/26/21**  For a governmental unit: **8/16/21**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at https://pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| 9. | **Exception to discharge deadline**<br>The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below.<br><br>**Deadline for filing the complaint:**       None | |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 11. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. The debtor will generally remain in possession of the property and may continue to operate the debtor's business. | |
| 12. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying thefiling fee in the bankruptcy clerk's office by the deadline. | |