# EXHIBIT 1

# EXHIBIT 1

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No.: 21-10690-nmc |
|---|---|
| GATA III LLC, | Chapter 11 |
| Debtor. | Date: March 23, 2021<br>Time: 9:30 a.m. |

**ORDER GRANTING APPLICATION FOR THE EMPLOYMENT OF
LARSON & ZIRZOW, LLC AS GENERAL REORGANIZATION
COUNSEL FOR DEBTOR RETROACTIVE TO THE PETITION DATE**

Gata III LLC, a Nevada limited liability company, as debtor and debtor-in-possession (the "Debtor"), having filed its *Application for Order Approving the Employment of Larson & Zirzow, LLC as General Reorganization Counsel for Debtor Retroactive to the Petition Date* (the "Application") [ECF No. ___], thereby seeking to employ Larson & Zirzow, LLC ("L&Z") as its general bankruptcy counsel retroactive to the Petition Date; the matter having come on for

hearing; no oppositions to the Application having been filed; the Court having reviewed the Application and all matters submitted therewith; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing therefore,

**IT IS HEREBY ORDERED**:

1.  The Application is GRANTED.

2.  The Debtor is authorized to retain L&Z pursuant to 11 U.S.C. § 327(a) as its general bankruptcy counsel to perform the services as set forth in the Application, and subject to the terms and conditions in the Representation Agreement, which is approved retroactive to the Petition Date.

3.  L&Z shall be compensated for the services described in the Application and its Representation Agreement, and in accordance with the procedures set forth in 11 U.S.C. §§ 330 and 331, applicable provisions of the Federal Rules of Bankruptcy Procedure, the Local Rules of Bankruptcy Practice for the U.S. District Court for the District of Nevada, the guidelines established by the Office of the United States Trustee, and such other procedures as may be fixed by order of this Court.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

By: _____
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

. . .

. . .

. . .

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

### **LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐  The court has waived the requirement of approval under LR 9021(b)(1).

☐  No party appeared at the hearing or filed an objection to the Application.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐  I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #