LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>GATA III LLC,<br><br>Debtor. | Case No.: 21-10690-nmc<br>Chapter 11<br><br>Date:  March 23, 2021<br>Time:  9:30 a.m. |

**NOTICE OF HEARING RE: APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF LARSON & ZIRZOW, LLC AS GENERAL REORGANIZATION COUNSEL FOR THE DEBTOR RETROACTIVE TO THE PETITION DATE**

PLEASE TAKE NOTICE that the hearing on Debtor's Application for Order Approving the Employment of Larson & Zirzow, LLC as General Reorganization Counsel for Debtor Retroactive to the Petition Date (the "Application") is scheduled for **March 23, 2021 at 9:30 a.m.,** in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101. The Application seeks an order granting the employment of Larson & Zirzow, LLC as reorganization counsel for the Debtor in the Chapter 11 Case. The Application further request that the employment be retroactive to the Petition Date. Copies of the above-referenced Application may be obtained by contacting the Debtor's counsel at the contact information listed above, or via PACER (account required).

PLEASE TAKE FURTHER NOTICE that in order to reduce the possibility of exposure to Coronavirus Disease 2019 (COVID-19), in person appearances by parties and their attorneys

in the courtrooms maintained by the Bankruptcy Court are temporarily suspended.  ***All hearings will be conducted by telephone conferencing. Parties are permitted to appear telephonically by dialing (877) 411-9748, and entering access code 8931051#.***

PLEASE TAKE FURTHER NOTICE that any opposition to the requested relief in the Application must be filed and served pursuant to Local Rule 9014(d)(1).  If an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent  you this notice, then:
>
> ● The court may *refuse* to allow you to *speak* at the scheduled hearing; and
>
> ● The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

Dated:  February 22, 2021.

By: /s/ Zachariah Larson
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Proposed Attorneys for Debtor