LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Proposed Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

GATA III LLC,

   Debtor.

Case No.: 21-10690-nmc
Chapter 11

Date:  March 23, 2021
Time:  9:30 a.m.

**CERTIFICATE OF SERVICE**

1. On February 23, 2021, I served the following documents:

   a. Application for Order Approving the Employment of Larson & Zirzow, LLC as General Reorganization Counsel for Debtor Retroactive to the Petition Date — ECF No. 12

   b. Declaration of Zachariah Larson, Esq. in Support of the Application for Order Approving the Employment of Larson & Zirzow, LLC as General Reorganization Counsel for Debtor Retroactive to the Petition Date — ECF No. 13

   c. Notice of Hearing re: Application for Order Approving the Employment of Larson & Zirzow, LLC as General Reorganization Counsel for the Debtor Retroactive to the Petition Date — ECF No. 14

2. The above-named documents were served by the following means to the persons as listed below:

   ☒  **a.  ECF System**:

BRIAN D. SHAPIRO
brian@trusteeshapiro.com,
nv22@ecfcbis.com;kristin@trusteeshapiro.com;connie@brianshapirolaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

☒ **b.** **United States mail**, postage fully prepaid:

To the parties on the mailing matrix attached as **Exhibit 1**.

☐ **c.** **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (*A declaration by the messenger must be attached to this Certificate of Service.*)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: February 23, 2021.

| Trish Huelsman | /s/ *Trish Huelsman* |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |

2

Gata III, LLC
1463 Graystone Canyon Ave.
Las Vegas, NV 89183

Gata Holdings, LLC
1463 Graystone Canyon
Las Vegas, NV 89183

Paul Thomas
c/o Gata III, LLC
1463 Graystone Canyone Ave.
Las Vegas, NV 89183

Charles Howard
Trustee of the Howard Family Trust
c/o NV Capital Corporation, as Servicer
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Black Mountain HOA
c/o Priority One Commercial
4015 S. El Capitan Way, Ste. 888
Las Vegas, NV 89147

Charles Howard, Trustee of the Howard
Family Trust, as Rep. of Beneficiaries
c/o NV Capital Corporation, LLC
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Edlin Kim
c/o Compass Point Holdings, LLC
4525 Dean Martin Dr., Unit 1208
Las Vegas, NV 89103

Galleria Corporate Centre
Maintenance District
c/o Avision Young, Attn: Linda Castle
10845 Giffith Peak Drive, Ste. 100
Las Vegas, NV 89135

Guardant Investments, Inc.
Attn: Laura Perry
5952 Mabel Road, Ste. 120
Las Vegas, NV 89110

Joseph Casper
942 Villa Grande Way
Boulder City, NV 89005

**Shelley Wilde**
**265 Tuscany Ridge Heights NW**
**Calgary AB Canada  T3L 3B8**

Business Support Team, Inc.
c/o Legal Inc. Corp. Services Inc.
As Resident Agent
5830 E. 2nd Street, Ste. 8
Casper, WY 82609

Business Support Team, Inc.
Attn: Robert Franklin, Manager
1936 Straight St.
Los Angeles, CA 90101

First Savings Bank Custodian for
John R. Blackmon, IRA
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Gay Lee Weinberg Living Trust
Gaylee Weinberg, Trustee
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Irmo and Darlene Marini
Husband and Wife as Joint Tenants
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

John Robert Evans
and Kelli Ann Evens
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

M. N. Nagy Separate Property Trust
Mohammad Nafees Nagy Trustee
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Mark Bergantz
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

NV Capital Corporation, LLC
Attn: John R. Blackmon, Manager
8880 W. Sunset Rd., St. 190
Las Vegas, NV 89148

NV Capital Corporation, LLC
Attn: John R. Blackmon, Resident Agent
8880 W. Sunset Rd., St. 190
Las Vegas, NV 89148

Rick Steven and
Leticia Lopez
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Sheela Murthy, Trustee of the
Sheela Murthy Revocable Trust
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Starlight Funding LLC
c/o NV Capital Corporation
8880 W. Sunset Rd., Ste. 190
Las Vegas, NV 89148

Starlight Funding LLC
Attn: Carol A. Theisen, Manager
10641 M. Skyline Drive
Fountain Hills, AZ 85268

Starlight Funding, LLC
c/o Sternfels & White PLLC
as Resident Agent
16803 E. Palisades Blvd.
Fountain Hills, AZ 85268