LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

GATA III, LLC,

Debtor.

Case No. 21-10690-nmc
Chapter 11

Date:   August 10, 2021
Time:   9:30 a.m.

## CERTIFICATE OF SERVICE

1.  On July 29, 2021, I served the following document:

    a.  Debtor's Reply to Response to Objection to Proofs of Claim of Charles Howard, Trustee of the Howard Family Trust dated March 7, 1997, Claim Nos. 5 and 12     ECF No. 69

2.  I served the above-named document by the following means to the persons as listed below:

    ☒   **a.    ECF System:**

TERRI H DIDION on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
TERRI.DIDION@USDOJ.GOV

H STAN JOHNSON on behalf of Creditor BUSINESS SUPPORT TEAM, LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;
rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor CHARLES HOWARD, TRUSTEE OF THE HOWARD FAMILY TRUST
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com;
rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor FIRST SAVINGS BANK CUSTODIAN FOR JOHN R. BLACKMON IRS
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor SHEELA MURTHY, TRUSTEE OF THE SHEELA MURTHY REVOCABLE LIVING TRUST
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor STARLIGHT FUNDING LLC
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor JOHN ROBERTS EVANS
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor KELLI ANN EVANS
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor LETICIA LOPEZ
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

H STAN JOHNSON on behalf of Creditor RICK STEVEN
sjohnson@cohenjohnson.com, calendar@cohenjohnson.com; rjohnson@cohenjohnson.com;sgondek@cohenjohnson.com

MATTHEW T. KNEELAND on behalf of Creditor BLACK MOUNTAIN POINT ASSOCIATION
matthew@sylvesterpolednak.com, bridget@sylvesterpolednak.com

BRIAN D. SHAPIRO
brian@trusteeshapiro.com, nv22@ecfcbis.com; kristin@trusteeshapiro.com;connie@brianshapirolaw.com

JEFFREY R. SYLVESTER on behalf of Creditor BLACK MOUNTAIN POINT ASSOCIATION
jeff@sylvesterpolednak.com, bridget@sylvesterpolednak.com;kellye@sylvesterpolednak.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

. . .

. . .

2

☐     **b.**     **United States mail, postage fully prepaid**:

To the parties on the attached mailing matrix.

☐     **c.**     **Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐     For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐     For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     **d.**     **By direct email (as opposed to through the ECF System)**:

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     **e.**     **By fax transmission**:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     **f.**     **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2021.

| | |
|---|---|
| Trish Huelsman | */s/ Trish Huelsman* |
| (Name of Declarant) | (Signature of Declarant) |

3