LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
Nevada Bar No. 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ.
Nevada Bar No. 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

Attorneys for Debtor

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

GATA III, LLC,

  Debtor.

Case No. 21-10690-nmc
Chapter 11

**DEBTOR'S REPORT OF SALE RE: 375 N. STEPHANIE ST.,**
**BUILDING 3, HENDERSON, NEVADA 89014**

GATA III LLC, a Nevada limited liability company, as debtor and debtor in possession (the "Debtor"), having filed its *Stipulation Between the Debtor and Galleria Corporate Centre Maintenance District Regarding the Allowance and Payment of Claims* [ECF No. 179], its *Application for Order Approving the Employment and Compensation of Kevin Ghafouria of Life Realty as Real Estate Broker for the Debtor* [ECF No. 180], and its *Motion to Approve Sale of 375 N. Stephanie Street, Building 3, Henderson, Nevada 89014 Free and Clear of Any and All Liens, Claims, Encumbrances, and Interests* [ECF No. 182], which were all approved by orders entered by the Court [ECF Nos. 189, 192 ad 193], hereby submits its report of sale pursuant to Fed. R. Bankr. P. 6004(f).

The Debtor proceeded with the closing of the sale of its real property commonly known as 375 N. Stephanie Street, Building 3, Henderson, Nevada 89014 (the "Stephanie Property") pursuant to the terms and conditions of the Commercial Purchase Agreement and Escrow

Instructions as approved by the Court [ECF No. 192, Ex. 1], to buyers, Seung Hyuk Ma and Sun K. Ma for the total purchase price of $1,400,000. A copy of the final closing statement from the title company showing all disbursements is attached as **Exhibit 1**, and a copy of the receipt of the net proceeds of sale of $1,239,025.57 being held with the Debtor's counsel, Larson & Zirzow, LLC, in its law firm IOLTA account for the benefit of the NV Capital secured lenders as beneficiaries under the deed of trust for the Stephanie Property, and subject to further order of this Court, is attached as **Exhibit 2**.

Dated: March 31, 2022.

By: /s/ Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ.
MATTHEW C. ZIRZOW, ESQ.
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorneys for Debtor

# EXHIBIT 1

# EXHIBIT 1

**Final ALTA Statement**



Driggs Title Agency, Inc.
8495 W. Sunset Road Suite 201
Las Vegas, NV 89113
Office Phone: (702) 852-1560
Fax Phone: (702) 781-8868

| | | | |
|---|---|---|---|
| **Property:** | 375 North Stephanie Street 3<br>Henderson, Nevada 89014 | **Date:** | 03/30/2022 |
| | | **Closing Date:** | 03/30/2022 |
| **Seller:** | Gata III LLC, a Nevada limited liability company<br>1463 East Graystone Canyon Avenue<br>Las Vegas, NV 89183 | **Disbursement Date:** | Not Yet Disbursed |
| | | **Escrow No.:** | 22-02-138049LS |

### SELLER'S FINAL SETTLEMENT STATEMENT

| Description | Seller Debit | Seller Credit |
|---|---|---|
| **Financial** | | |
| Sales Price of Property | | $1,400,000.00 |
| **Prorations/Adjustments** | | |
| TAXES   From: 03/29/2022   To: 07/01/2022   (94 days)   @ $7,486.22   Yearly (365) | | $1,927.94 |
| HOA   From: 03/29/2022   To: 03/31/2022   (2 days)   @ $1,269.86   Yearly (365) | | $6.96 |
| CAMS   From: 03/28/2022   To: 03/31/2022   (3 days)   @ $1,269.86   Yearly (365) | | $10.44 |
| RENT   From: 03/30/2022   To: 03/31/2022   (1 days)   @ $7,100.00 | $229.03 | |
| **Loan Charges to** | | |
| **Other Loan Charges** | | |
| **Impounds** | | |
| **Title Charges & Escrow / Settlement Charges** | | |
| Title - eRecording Fee to Driggs Title Agency, Inc. | $20.00 | |
| Title - Wire Fee - Seller to Driggs Title Agency, Inc. | $25.00 | |
| Title - Settlement Or Closing Fee to Driggs Title Agency, Inc. | $1,340.00 | |
| **Commission** | | |
| Listing Agent Commission to Life Realty District | $56,000.00 | |
| Selling Agent Commission to Key Realty LLC | $14,000.00 | |
| **Government Recording and Transfer Charges** | | |
| Title - Transfer Tax Data to Driggs Title Agency, Inc. | $7,140.00 | |
| Title - Recording Fee to Driggs Title Agency, Inc. | $168.00 | |
| **Miscellaneous** | | |
| SECURITY DEPOSIT to SEUNG HYUK AND SUN K MA. | $10,530.00 | |
| Listing Agent Transaction Fee to Life Realty District | $560.00 | |
| TAXES PENALTIES to CLARK COUNTY TREASURER | $14,288.86 | |
| HOA PAYOFF GOOD 3/31 to GALLERIA | $46,226.02 | |
| APRIL RENT to SEUNG HYUK AND SUN K MA... | $7,100.00 | |
| HOA - TRANSFER FEE to AVISON YOUNG | $250.00 | |
| Title - ALTA Owners Policy to Driggs Title Agency, Inc. | $3,773.00 | |
| PROCEEDS PER COURT ORDER to LARSON & ZIRZOW LLC | $1,239,025.57 | |
| CAMS DUES to GALLERIA CORPORATE CENTRE. | $1,269.86 | |
| **Totals** | $1,401,945.34 | $1,401,945.34 |
| **Seller Monies** | $0.00 | |

# EXHIBIT 2

# EXHIBIT 2

## Deposit Reports

# Deposit Accounts Activity Summary

| Report Created: | 03/31/2022 12:33:29 PM (ET) |
|---|---|
| Account: | Larson & Zirzow - IOLTA *0041 - Checking -     5781 - *0041 |
| Date Range: | 03/18/2022 to 03/31/2022 |
| Transaction Types: | All Transactions |
| Detail Option: | Includes transaction detail |

**Larson & Zirzow - IOLTA *0041 - Checking -     5781 - *0041**

| Post Date | Reference | Additional Reference | Description | Debit | Credit | Calculated Balance |
|---|---|---|---|---|---|---|
| 03/31/2022 12:33 PM (ET) | | | INCOMING WIRE ORIG:DRIGGS TITLE AGENCY TRN:P202203310027921 | | $1,239,025.57 | |
| 03/31/2022 | Totals | | | $0.00 | $1,239,025.57 | |

Showing 1 - 1 of 1